IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEANDRA FUTCH, ) <br> on behalf of Plaintiff and the class ) <br> members described herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAKWA, LLC doing business as ) <br> MAKWA FINANCE; ) <br> LDF HOLDINGS, LLC; ) <br> MELINDA WALKER; ) <br> and JOHN DOES 1-20, ) <br> ) <br> Defendants. ) | Case No.: 1:23-cv-01026-TWP-KMB <br><br> Judge Tanya Walton Pratt <br> Magistrate Judge Kellie M. Barr |

**NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES**

Plaintiff LeAndra Futch ("Plaintiff") submits this notice to inform the Court that the parties have settled this matter in principle and expect to file dismissal papers within the next sixty days. Accordingly, Plaintiff respectfully requests that all deadlines be stayed.

Respectfully submitted,

*/s/Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
   **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

1

## CERTIFICATE OF SERVICE

  I, Matthew J. Goldstein, certify that on Tuesday, October 24, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record. I further certify that I sent the forgoing document to the following:

>Patrick McAndrews
>Spencer Fane LLP
>pmcandrews@spencerfane.com
>
>*Counsel for Makwa, LLC, LDF Holdings, LLC, and Melinda Walker*

                  /s/Matthew J. Goldstein
                  Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
   **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com