**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

**Acknowledged**
TWP
January 3, 2024

| | |
|---|---|
| LEANDRA FUTCH, ) <br> on behalf of Plaintiff and the class ) <br> members described herein, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> MAKWA, LLC doing business as ) <br> MAKWA FINANCE; ) <br> LDF HOLDINGS, LLC; ) <br> MELINDA WALKER; ) <br> and JOHN DOES 1-20, ) <br>   ) <br> Defendants. ) | Case No.: 1:23-cv-01026-TWP-KMB <br><br> Judge Tanya Walton Pratt <br> Magistrate Judge Kellie M. Barr |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff LeAndra Futch dismisses her individual claims against Defendants Makwa, LLC, LDF Holdings, LLC, and Melinda Walker with prejudice, and without prejudice with respect to the claims of the putative classes, with each party to bear their own costs and fees.

Respectfully submitted,

*/s/Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, certify that on Tuesday, January 2, 2024, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to counsel of record. I further certify that I sent the forgoing document to the following:

Patrick McAndrews
Spencer Fane LLP
pmcandrews@spencerfane.com

*Counsel for Makwa, LLC, LDF Holdings, LLC, and Melinda Walker*

                                                                                             /s/Matthew J. Goldstein
                                                                                              Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com